**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 18-02687          EAG | Judge:     Edward A. Godoy |
| Case Name: | DESARROLLADORA LCP CORP | |
| For Period Ending: | 03/31/2022 | |

| | |
|---|---|
| Trustee Name: | Roberto Roman Valentin, Esq. |
| Date Filed (f) or Converted (c): | 05/15/2018 (f) |
| 341(a) Meeting Date: | 06/12/2018 |
| Claims Bar Date: | 10/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  BANCO SANTANDER - CHECKING ACCOUNT (OPERATING) 5843 | 0.00 | 0.00 | | 6,110.67 | FA |
| 2.  BANCO SANTANDER- CHECKING ACCOUNT (PAYROLL) 6837 | 0.00 | 463.86 | | 463.86 | FA |
| 3.  BANCO SANTANDER - CHECKING ACCOUNT (TAXES) 8716 | 1,258.12 | 1,258.12 | | 2,769.83 | FA |
| 4.  BANCO SANTANDER - CHECKING ACCOUNT (RENT) 6756 | 1,411.38 | 1,411.38 | | 1,874.49 | FA |
| 5.  ESCROW ACCOUNT 1555 (6756) | 23,583.55 | 23,583.55 | | 241.09 | FA |
| 6.  PRIZES/GIFTS INVENTORY | 4,292.82 | 4,292.82 | | 0.00 | FA |
| 7.  T-SHIRTS INVENTORY | 84.00 | 84.00 | | 0.00 | FA |
| 8.  SOCKS INVENTORY | 207.30 | 207.30 | | 0.00 | FA |
| 9.  COMPUTER EQUIPMENT | 2,832.24 | 2,832.24 | OA | 0.00 | FA |
| 10.  COMPUTER EQUIPMENT-BOWLING ALLEY | 112,188.09 | 112,188.09 | OA | 0.00 | FA |
| 11.  COMPUTER EQUIPMENT-LASERZONE | 15,150.20 | 15,150.20 | OA | 0.00 | FA |
| 12.  TELEPHONE SYSTEM | 12,763.98 | 12,763.98 | OA | 0.00 | FA |
| 13.  TELEPHONE SYSTEM-LAZERZONE | 3,133.08 | 3,133.08 | OA | 0.00 | FA |
| 14.  EQUIPMENT-BOWLING ALLEY | 1,795,270.36 | 1,795,270.36 | OA | 0.00 | FA |
| 15.  EQUIPMENT-LASERZONE | 92,462.14 | 92,462.14 | OA | 0.00 | FA |
| 16.  EQUIPMENT-KITCHEN | 161,320.94 | 161,320.94 | OA | 0.00 | FA |
| 17.  FURNITURE AND FIXTURES | 1,437.00 | 1,437.00 | OA | 0.00 | FA |
| 18.  FURNITURE AND FIXTURES-BOWLING ALLEY | 225,953.17 | 225,953.17 | OA | 0.00 | FA |
| 19.  FURNITURE AND FIXTURES-LASERZONE | 17,764.24 | 17,764.24 | OA | 0.00 | FA |
| 20.  A/C EQUIPMENT -BOWLING ALLEY | 3,430.00 | 3,430.00 | OA | 0.00 | FA |
| 21.  PARKING EQUIPMENT | 11,278.19 | 11,278.19 | OA | 0.00 | FA |
| 22.  TRADE NAME, "BOWLERA" | 0.00 | Unknown | | 0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-02687 | EAG | Judge: | Edward A. Godoy | Trustee Name: | Roberto Roman Valentin, Esq. |
| Case Name: | DESARROLLADORA LCP CORP | | | | Date Filed (f) or Converted (c): | 05/15/2018 (f) |
| | | | | | 341(a) Meeting Date: | 06/12/2018 |
| For Period Ending: | 03/31/2022 | | | | Claims Bar Date: | 10/10/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 23.  DOMAIN: www.bowlera.com | 0.00 | Unknown | | 0.00 | FA |
| 24.  PRE-PAID INSURANCE | 11,200.35 | 11,200.35 | | 0.00 | FA |
| 25.  PRE-PAID TAXES | 5,588.39 | 5,588.39 | | 0.00 | FA |
| 26.  OTHER PRE PAID EXPENSES | 25,000.11 | 25,000.11 | | 0.00 | FA |
| 27.  LEASEHOLD IMPROVEMENTS-LINCOLN PLAZA BUILDING | 0.00 | 0.00 | | 0.00 | FA |
| 28.  LEASEHOLD IMPROVEMENTS-LASERZONE | 429,478.73 | 429,478.73 | | 0.00 | FA |
| 29.  LEASEHOLD IMPROVEMENTS-BOWLING ALLEY | 373,403.92 | 373,403.92 | | 0.00 | FA |
| 30.  DEFERRED INCOME TAX | 552,298.00 | 552,298.00 | | 0.00 | FA |
| 31.  Other receipts (u) | 13,554.29 | 713.60 | | 86,004.37 | FA |
| 32.  INSURANCE - UNEARNED PREMIUM (u) | 0.00 | 1,300.28 | | 1,300.28 | FA |
| 33.  INSURANCE - UNEARNED PREMIUM (u)<br><br>MEDICAL INSURANCE PREMIUM REFUND | 0.00 | 860.30 | | 860.30 | FA |
| 34.  INSURANCE CLAIM (u) | 2,397,346.00 | 300,000.00 | | 0.00 | 300,000.00 |
| 35.  Contract Type: Lease Agreement Term: 20 years Beginning<br>Date: 12/15/2011 | 0.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $6,293,690.59 | $4,186,128.34 | | $99,624.89 | $300,000.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

04-12-2022: Case assets pending for liquidation (Insurance Claim), upon completion of liquidation process by the PR Insurance Commissioner (OCS) and the PR Miscellaneous Insurance Guarantee Association (Asociacion de Garantias Miscelaneas de Puerto Rico). Integrand case has pending some 7,298 claims. The OCS has given until April 20, 2022 the PR Miscellaneous Insurance Guarantee to file: (1) Apportionment report and (2) Claims management plan for the Integrand liquidation case. Claims liquidation were stayed due to case litigation, which conclude mid 2021.

04-12-2022: Case Oversight Report address to the OUST Examiners Team.

02-23-2022: Notice Reassigning Case to Judge Edward A. Godoy

11-15-2021: Asset pending administration originates from claim filed by debtor to Integrand Assurance prior filing (Hurricane Maria Damages). On September  23, 2019, upon request by the Commissioner of Insurance of Puerto Rico, entity was declared "insolvent". State Court procedures revised (SJ2019CVO5526 as of Dkt #657). In accordance to unaudited financial states for the period ended 06-30-2021:
(1) estimated time to disposal of entity's assets in an orderly liquidating process is uncertain as of the date of referred liquidation basis financial statements;
(2) entity entered in liquidation process, it measures its assets and liabilities at the amount of cash expected and reports changes in estimates when they are known.
(3) Financial report highlights: (a) Total assets $68,596,763; (b) Total liabilities $311,516,832

09-30-2021: Upon press release subject to funds pending, the insurance liquidator expects that by the end of this year (2021), claims payment are to begin. (El Nuevo Dia Newspaper - 09-30-2021 edition).

09-22-2021: ORDER approving payment of bond. (RE: related document(s)[49]).

09-20-2021: Chapter 7 Trustee Motion requesting permission to pay blanket bond premium.

09-17-2021: Case reviewed: Pending determination by "Asociciacion De Grarantia de Seguros Miscelaneos" (ASGM) of claim 2502-116828001.

08-16-2021: Case pending liquidation form PR Insurance Commissioner liquidation process of Integrand Insurance. As of today all assets fully administered, and POC bar dates elapse.

04-29-2021: Individual Estate Property Record and Report filed by ROBERTO ROMAN VALENTIN

03-31-2021: Covered claim has been filed, pending evaluation of coverage and liquidation by the PR Miscellaneous Insurance Guaranty Association.

12/22/2020: Communication from the PR Miscellaneous Insurance Guaranty Association, to acknowledge claim filed (Claim No. 2502-116828001). Subject to evaluation as to be determined by the entity as a " covered claim" as per Chapter 38 of the PR Insurance Code; case still pending for full administration of claim filed.

09/25/2020 (DKT 43) ORDER approving payment of bond. (RE: related document(s)42). Signed on 9/25/2020.(FRONTERA, MARIA TERESA) (Entered:09/25/2020)

09/24/2020 (DKT 42) Trustee's Motion requesting permission to pay blanket bond premium. Filed by ROBERTO ROMAN VALENTIN [ROMAN VALENTIN, ROBERTO] (Entered: 09/24/2020)

09-14-2020: Press release review: Report by the Insurance Commissioner liquidator: pending real estate liquidation in order to proceed claims analysis.

08-31-2020: Overall claims filed before the insurance liquidator totals aprox 3,100 claims, for a loss estimate of $165,000,00, which is adjusted to $85,000,00. The undersign Trustee, has timely filed its claim, however we do not expect that during month left for 2020 fiscal year ending, liquidation will occured. We do maintain our estimated 12/31/2021 TFR filing, subject to liquidation during 2021.

04/27/2020 (DKT 41) Individual Estate Property Record and Report filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 04/27/2020)

12-05-2019: On September 25, 2019, at the San Juan Superior Court (Civil Case Number SJ2019CV05526, Ordered the liquidation of Integrand Assurance Company, Inc. Upon said Order PR Insurance Commissioner was appointed as liquidator. The Court of First Instance issued an order to proceed with liquidation for Integrand Assurance Company after an evaluation completed by the Puerto Rico Insurance Commissioner revealed the company was in insolvency for $215,717,159 as of May 31, 2019. Claims against Integrand were to be filed before the named liquidator.
The undersign Trustee has filed before the Commissioner claim for (a) property damages and (b) business interruption in consideration insurance policies maintained by debtor (Claim Control No. 5397). The nature of claim relates to the damages caused by the passage of Hurricane Maria on September 19, 2017.
This liquidation process ordered by the Court activates a mechanism granted by the Miscellaneous Insurance Guarantee Association that allows for all eligible claims made to the insurer be rightfully attended within the maximum limit amount of $300,000 per event claimed, or $1,000,000 in total. The Association will function as the insurer in regards to the pending claims issued against Integrand.

 09/27/2019 (DKT 39): ORDER approving payment of bond. (RE: related document(s)38). Signed on 9/27/2019.(ROMO, JOSE) (Entered: 09/27/2019)

09/20/2019 (DKT 37): Amended Individual Estate Property Record and Report filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 09/20/2019)

04/26/2019 (DKT 36):  Individual Estate Property Record and Report filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 04/26/2019)

07/11/2018 (DKT 12): Minutes of 341 Meeting - Case held open for: Potential Recovery of Assets. filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 07/11/2018)

05/16/2018 (DKT 3): First Meeting of Creditors & Notice of Appointment of Interim Trustee ROBERTO ROMAN VALENTIN, with 341(a) meeting to be held on 06/12/2018 at 09:30 AM at 341 MEETING ROOM, OCHOA BUILDING, 500 TANCA STREET, FIRST FLOOR, SAN JUAN. (Entered: 05/16/2018)

05/15/2018 (DKT 1): Chapter 7 Voluntary Petition for Non-Individuals. With Schedules, With Individual Debtors Statement of Intention, With Statement of Current Monthly Income and Means Test Calculation, With Notice to Individual Consumer Debtor, With Statement of Financial Affairs. Attorney Statement of Compensation $5000. Fee Amount $335. Filed by CHARLES ALFRED CUPRILL on behalf of DESARROLLADORA LCP CORP (CUPRILL, CHARLES) (Entered: 05/15/2018)

OTHER TRUSTEE NOTES ON CASE ADMINISTRATION:

(1)   ASSETS ABANDONED:

 09/11/2018 (DKT 20): ORDER: The Trustee filed a Notice of Abandonment of Property on 07/19/2018, docket entry No. 16. The Clerks Office gave notice of such Notice of Abandonment on 07/20/2018, see Certificate of Notice, docket entry No. 17. No objection to such abandonment was timely filed. Pursuant to 11 U.S.C §554(c), property is deemed abandoned if it is not administered. (RE: related document(s)19). Signed on 9/11/2018.(ROSADO LOZA, CARMINA) (Entered: 09/11/2018)

/19/2018 (DKT 16): Notice of abandonment of property: (14 Day Objection Language) filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 07/19/2018)

(2)   ASSETS NOT ABANDONED PENDING LIQUIDATION, SALES, HEARING, AUCTIONS: PROPERTY DAMAGES AND BUSINESS INTERRUPTION INSURANCE CLAIM.

(3)   ASSET LIQUIDATION ACTIVITY:

(4)   ADVERSARY PROCEEDINGS/APPEALS:

(5)   CLAIMS OBJECTIONS:

(6)   CLAIMS BAR DATE REQUEST: 07/12/2018 (DKT 14): Notice to creditors: The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee. Creditors who wish to share any distribution of funds must file a proof of claim with the Bankruptcy Court, on or before the due date. signed on 7/12/2018 Proof of Claims due by 10/10/2018. Government Proof of Claim due by 1/8/2019. (RE: related document(s)[13]). (BEDARD, MADELYN) (Entered: 07/12/2018)

07/11/2018 (DKT 13): NOTICE OF ASSETS AND REQUEST FOR CLAIMS BAR DATE: The Chapter 7 Trustee gives notice that there are assets or it is expected to be assets in this case which are expected to result in a dividend to creditors. The Trustee requests that the Clerk set and notice a bar date for filing claims. filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 07/11/2018)

Initial Projected Date of Final Report (TFR): 07/12/2018          Current Projected Date of Final Report (TFR): 12/31/2023

Trustee Signature:      /s/ Roberto Roman Valentin, Esq.          Date: 05/02/2022

Roberto Roman Valentin, Esq.
P O Box 9024003
San Juan, Puerto Rico 00902-4003
(787) 740-6011
romanchpt7@gmail.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-02687

Case Name: DESARROLLADORA LCP CORP

Trustee Name: Roberto Roman Valentin, Esq.

Bank Name: FirstBank

Account Number/CD#: XXXXXX5964

Checking

Taxpayer ID No: XX-XXX5441

For Period Ending: 03/31/2022

Blanket Bond (per case limit): $10,019,706.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/18 | 31 | VARIOUS | Other receipts (1) Centro Medico del Turabo ($669.00) (087573) (2) Inter American University ($44.60) (15333781) | 1290-000 | $713.60 | | $713.60 |
| 06/07/18 | 31 | PREPA | Other receipts First Level Underground: Lincoln Center Plaza | 1290-000 | $12,840.69 | | $13,554.29 |
| 06/14/18 | 5 | DESARROLLADORA LCP CORP | DIP CLOSED ACCOUNT ACCNT#1555 | 1290-000 | $241.09 | | $13,795.38 |
| 06/14/18 | 2 | DESARROLLADORA LCP CORP | DIP CLOSED ACCOUNT ACCOUNT# 6837 | 1121-000 | $463.86 | | $14,259.24 |
| 06/14/18 | 4 | DESARROLLADORA LCP CORP | DIP CLOSED ACCOUNT ACCOUNT#6756 | 1290-000 | $1,806.89 | | $16,066.13 |
| 06/14/18 | 3 | DESARROLLADORA LCP CORP | DIP CLOSED ACCOUNT ACCOUNT# 8716 | 1290-000 | $2,769.83 | | $18,835.96 |
| 06/14/18 | 1 | DESARROLLADORA LCP CORP | DIP CLOSED ACCOUNT ACCOUNT# 5843 | 1290-000 | $6,110.67 | | $24,946.63 |
| 06/14/18 | 4 | DESARROLLADORA LCP CORP | DIP CLOSED ACCOUNT ACCOUNT# 6756 | 1290-000 | $67.60 | | $25,014.23 |
| 06/15/18 | 31 | UNITED STATES POSTAL SERVICE 2825 LONE OAK PARKWAY EAGAN MN 55121-9640 | Other receipts | 1290-000 | $17,442.63 | | $42,456.86 |
| 07/19/18 | 31 | UNITED STATES POSTAL SERVICE | RENT | 1290-000 | $11,001.49 | | $53,458.35 |
| 08/01/18 | 32 | WORLD FINANCIAL CORPORATION PO BOX 364027 SAN JUAN PR 00936-4027 | INSURANCE - UNEARNED PREMIUM | 1290-000 | $1,300.28 | | $54,758.63 |
| 08/22/18 | 31 | UNITED STATES POSTAL SERVICE 2825 LONE OAK PARKWAY EAGAN, MN 55121-9640 | RENT - INV# RL201820042162003023023 | 1290-000 | $11,001.49 | | $65,760.12 |
| 09/13/18 | 31 | UNITED STATES POSTAL SERVICE | RENT | 1290-000 | $11,001.49 | | $76,761.61 |
| 10/12/18 | 31 | UNITED STATES POSTAL SERVICE | RENT | 1290-000 | $11,001.49 | | $87,763.10 |

Page Subtotals: $87,763.10 $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 18-02687 | Trustee Name: Roberto Roman Valentin, Esq. |
| Case Name: DESARROLLADORA LCP CORP | Bank Name: FirstBank |
| | Account Number/CD#: XXXXXX5964 |
| | Checking |
| Taxpayer ID No: XX-XXX5441 | Blanket Bond (per case limit): $10,019,706.00 |
| For Period Ending: 03/31/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/18 | 3001 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST NEW ORLEANS, LA  70139 | 2018-2019 BLANKET BOND PREMIUM (Order 10/15/2018 dkts. 657 & 658) 10/16/2018 (Dkt 32):  ORDER approving payment of bond. (RE: related document(s)31). Signed on 10/16/2018. (ALVAREZ, LOURDES) (Entered: 10/16/2018)  10/12/2018 (Dkt 31):  Motion requesting permission to pay blanket bond premium. Filed by ROBERTO ROMAN VALENTIN [ROMAN VALENTIN, ROBERTO] (Entered: 10/12/2018 | 2300-000 | | $173.94 | $87,589.16 |
| 11/08/18 | 31 | UNITED STATES POSTAL SERVICE EAGAN, MN 55121-9640 | RENT - INV# RL201829242162000302196 2 | 1290-000 | $11,001.49 | | $98,590.65 |
| 11/08/18 | 33 | IKON SOLUTIONS INC IKON MIDA MEWA TRUST 270 AVE MUNOZ RIVERA STE PH1 SAN JUAN, PR 00918-1909 | UNEARNED PREMIUM | 1290-000 | $860.30 | | $99,450.95 |
| 06/26/19 | | BANCO SANTANDER | Bank Service Charge | 2600-000 | | $10.00 | $99,440.95 |
| 07/10/19 | | BANCO SANTANDER | Bank Service Charge | 2600-000 | | $10.00 | $99,430.95 |
| 09/12/19 | | BANCO SANTANDER | Bank Service Charge | 2600-000 | | $10.00 | $99,420.95 |
| 09/12/19 | | BANCO SANTANDER | Bank Service Charge | 2600-000 | | $10.00 | $99,410.95 |
| 10/11/19 | | BANCO SANTANDER | Bank Service Charge Refund | 2600-000 | | ($10.00) | $99,420.95 |
| 10/11/19 | | Transfer to Acct # xxxxxx0070 | Transfer of Funds | 9999-000 | | $99,410.95 | $10.00 |
| 10/28/19 | | Transfer to Acct # xxxxxx0070 | Transfer of Funds | 9999-000 | | $10.00 | $0.00 |

| | | | Page Subtotals: | | $11,861.79 | $99,624.89 | |

| | | |
|---|---|---|
| COLUMN TOTALS | $99,624.89 | $99,624.89 |
| Less: Bank Transfers/CD's | $0.00 | $99,420.95 |
| Subtotal | $99,624.89 | $203.94 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $99,624.89 | $203.94 |

Case:18-02687-EAG7   Doc#:55   Filed:05/02/22   Entered:05/02/22 13:05:35   Desc: Main
Document   Page 8 of 10

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-02687

Case Name: DESARROLLADORA LCP CORP

Taxpayer ID No: XX-XXX5441

For Period Ending: 03/31/2022

Trustee Name: Roberto Roman Valentin, Esq.

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0070

Checking

Blanket Bond (per case limit): $10,019,706.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/11/19 | | Transfer from Acct # xxxxxx5964 | Transfer of Funds | 9999-000 | $99,410.95 | | $99,410.95 |
| 10/24/19 | 1001 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | 2019-2020 BLANKET BOND PREMIUM (Order 9/27/19 dkts. 662 & 663) 09/27/2019 (Dkt 39); ORDER approving payment of bond. (RE: related document(s)38). Signed on 9/27/2019.(ROMO, JOSE) (Entered: 09/27/2019) 09/26/2019 (Dkt 38) Motion requesting permission to pay blanket bond premium. Filed by ROBERTO | 2300-000 | | $219.28 | $99,191.67 |
| 10/28/19 | | Transfer from Acct # xxxxxx5964 | Transfer of Funds | 9999-000 | $10.00 | | $99,201.67 |
| 09/24/20 | 1002 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | 2020-2021 BLANKET BOND PREMIUM PAYMENT | 2300-000 | | $204.81 | $98,996.86 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $109.30 | $98,887.56 |
| 09/20/21 | 1003 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | 2021-2022 BOND PREMIUM DISBURSEMENT | 2300-000 | | $200.32 | $98,687.24 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.96 | $98,578.28 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $108.85 | $98,469.43 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $98.20 | $98,371.23 |

Page Subtotals: $99,420.95   $1,049.72

| | | |
|---|---:|---:|
| COLUMN TOTALS | $99,420.95 | $1,049.72 |
| Less: Bank Transfers/CD's | $99,420.95 | $0.00 |
| Subtotal | $0.00 | $1,049.72 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $1,049.72 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0070 - Checking | $0.00 | $1,049.72 | $98,371.23 |
| XXXXXX5964 - Checking | $99,624.89 | $203.94 | $0.00 |
|  | $99,624.89 | $1,253.66 | $98,371.23 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $99,624.89 |
| Total Gross Receipts: | $99,624.89 |

Trustee Signature:     /s/ Roberto Roman Valentin, Esq.     Date: 05/02/2022

Roberto Roman Valentin, Esq.
P O Box 9024003
San Juan, Puerto Rico 00902-4003
(787) 740-6011
romanchpt7@gmail.com

Page Subtotals:                    $0.00          $0.00